OPINION — AG — ** MUNICIPAL PUBLIC TRUST INDUSTRIAL AUTHORITY ** A MUNICIPAL PUBLIC TRUST INDUSTRIAL AUTHORITY CREATED PURSUANT TO 60 O.S. 176 [60-176] ET SEQ., MAY OPERATE OUTSIDE THE GEOGRAPHIC BOUNDARIES OF THE BENEFICIARY MUNICIPALITY AND WITHIN THE BOUNDARIES OF ANOTHER MUNICIPALITY. (JURISDICTION, TERRITORIAL BOUNDARIES, BONDS) CITE: 62 O.S. 651 [62-651], ARTICLE X, SECTION 35 (MIKE D. MARTIN) ** SEE: OPINION NO. 75-299 (1975) **